DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Cooke v. Cooke<br><br>Case Below:<br>169 N.C. App. 455 | No. 249P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-414) | Denied<br>10/06/05 |
| Coremin v. Sherrill Furniture Co.<br><br>Case Below:<br>170 N.C. App. 697 | No. 406P05 | Plts' PDR Under N.C.G.S. § 7A-31<br>(COA04-844) | Denied<br>10/06/05 |
| Craven v. Demidovich<br><br>Case Below:<br>172 N.C. App. 340 | No. 497P05 | Plt's PDR Under N.C.G.S. 7A-31<br>(COA04-1193) | Denied<br>11/03/05 |
| D'Aquisto v. Mission St. Joseph's Health Sys.<br><br>Case Below:<br>171 N.C. App. 216 | No. 415PA05 | Def's (Missions St. Joseph's Health System) PDR Under N.C.G.S. § 7A-31<br>(COA04-1259) | Allowed<br>10/06/05 |
| Department of Transp. v. M.M. Fowler, Inc.<br><br>Case Below:<br>170 N.C. App. 162 | No. 305PA05 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA04-73) | Allowed<br>10/06/05 |
| Faison v. American Nat'l Can Co.<br><br>Case Below:<br>171 N.C. App. 514 | No. 461P05 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA04-1297) | Denied<br>10/06/05 |
| Fakhoury v. Fakhoury<br><br>Case Below:<br>171 N.C. App. 104 | No. 395P05 | 1.  Respondent's PDR Under N.C.G.S. § 7A-31 (COA04-714)<br><br>2.  Petitioner's Motion to Dismiss PDR | 1. Denied<br>08/18/05<br><br>2. Dismissed as moot<br>08/18/05 |
| Fakhoury v. Fakhoury<br><br>Case Below:<br>172 N.C. App. 170 | No. 441P05 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA04-1514)<br><br>2.  Def's Motion to Withdraw PDR | 1. ——<br><br>2. Allowed<br>10/06/05 |